DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CARRIE COLLIER,

Appellant,

v.

CARS MTI-4 L.P. d/b/a LAZYDAYS RV RESORT,

Appellee.

_____

No. 2D2025-1980
_____

May 13, 2026

Appeal from the Circuit Court for Hillsborough County; Alissa McKee
Ellison, Judge.

Sean C. Youngblood of Youngblood Law Firm, Saint Petersburg, for
Appellant.

Kimberly K. Berman of Marshall Dennehey, P.C., Fort Lauderdale and
Sonthonax B. SaintGerman of Marshall Dennehey, P.C., Orlando, for
Appellee.

PER CURIAM.

Affirmed.


LUCAS, C.J., and BLACK and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.